```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

ADMINISTRATION OF ODILE                      CIVIL ACTION
HOWARD AND PAUL DIMITRIOS

VERSUS                                       NO: 06-10498

HANOVER INSURANCE COMPANY                    SECTION: J(1)

**ORDER AND REASONS**

Before the Court is **Plaintiff's Motion to Remand (Rec. Doc. 5)**. This motion was opposed and was set for hearing on the briefs on January 17, 2007. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that Plaintiff's motion should be denied.

Plaintiffs Administration of Odile Howard and Paul Dimitrios do not dispute that diversity of citizenship exist; however, they assert that this matter should be remanded because the amount in controversy does not exceed $75,000, exclusive of interest and costs. Specifically, Plaintiffs argue that it is not facially apparent from the petition that his claims exceed $75,000. Plaintiffs note that, pursuant to Louisiana law, they did not plead a specific amount as to any element of damages. Defendants, however, refer the Court to Paragraph XIII of Plaintiffs' Complaint, wherein they state, "[u]nder La. R.S. 22:695, Defendant is liable for the policy limits pf Petitioners' total losses." Defendants further note that the policy limits insuring Odile Howard alone equal $87,000. (See Exhibits A and B

1

to Defendant's Notice of Removal). Therefore, considering the record, the memoranda of the parties, and applicable law, the Court finds that the required amount in controversy is present. Given the undisputed complete diversity of the parties and the Court's determination that the requisite amount in controversy is satisfied, Plaintiff's motion to remand should be denied, pursuant to 28 U.S.C. § 1332.  Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion to Remand (Rec. Doc. 5)** should be and is hereby **DENIED**.

New Orleans, Louisiana this 31st day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE